IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02615-MSK-MEH

MAX JOSEPH LESER,

    Plaintiff,

v.

ALENA LESEROVA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 24, 2011.**

    Respondent's Unopposed[1] Motion to Amend Caption [filed January 19, 2011; docket #40] is **granted** as follows. The Clerk of Court is directed to amend the caption to reflect Respondent's name as follows: Alena Berridge f/k/a Alena Leserova, and concerning minor children Maxine Leserova and Oskar Leser.

---

    [1]The motion is not fully unopposed. Petitioner believes Respondent's prior name should also be reflected in the record, for purposes of consistency with the court proceedings in the Czech Republic. (*See* docket #50.) The Court finds this reasoning compelling and thus includes "Alena Leserova" in the caption, in addition to Respondent's present legal name, Alena Berridge.